# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: APPOINTMENT TO THE : No. 654
  :
JUVENILE COURT PROCEDURAL : SUPREME COURT RULES DOCKET
  :
RULES COMMITTEE : 

# O R D E R

**PER CURIAM:**

AND NOW, this 16th day of December, 2014, The Honorable Margaret Theresa Murphy, in her capacity as Administrative Judge of the Family Court Division of the First Judicial District of Pennsylvania, is hereby appointed as a member of the Juvenile Court Procedural Rules Committee for a term of three years or at the pleasure of the Court.